# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: WILCOX, JOHN | § | Case No. 11-21062 |
| WILCOX, TERESA | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 13, 2011. The undersigned trustee was appointed on July 13, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $            2,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 370.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 1,630.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 05/17/2012 and the deadline for filing governmental claims was 01/09/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $139.43, for total expenses of $139.43.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2013          By: /s/David A. Rosenberg, Trustee
                                              Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-21062  
**Case Name:** WILCOX, JOHN  
WILCOX, TERESA  
**Period Ending:** 12/04/13  

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 07/13/11 (f)  
**§341(a) Meeting Date:** 08/12/11  
**Claims Bar Date:** 05/17/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Residence 8180 Walden Lake Street, Las Vegas, NV HOA. Not current. Realtor assigned | 220,332.00 | 0.00 | | 0.00 | FA |
| 2   Raw Land in Elko, NV, Surrender to Trustee, FMV | 3,100.00 | 3,100.00 | | 2,000.00 | FA |
| 3   Timeshare in Silver Lakes, Surrender  No value to estate | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4   Cash on hand  No value to estate | 10.00 | 10.00 | | 0.00 | FA |
| 5   Checking account with US Bank  No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 6   Savings account with IBEW Credit Union  No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 7   Household goods  No value to estate | 1,500.00 | 0.00 | | 0.00 | FA |
| 8   Clothing  No value to estate | 250.00 | 0.00 | | 0.00 | FA |
| 9   Shotgun  No value to estate | 200.00 | 0.00 | | 0.00 | FA |
| 10  Life insurance policy through State Farm Insuran  No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 11  IRA through Edward Jones  No value to estate | 2,400.00 | 0.00 | | 0.00 | FA |
| 12  IRA through Edward Jones  No value to estate | 2,400.00 | 0.00 | | 0.00 | FA |
| 13  Otherwise non exempt cash and tax refunds, etc.  No value to estate | 2,000.00 | 0.02 | | 0.00 | FA |
| 14  Earned Income Credit  No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 15  2011 Hyundai Elantra Retain/Current FMV  No value to estate | 12,550.00 | 0.00 | | 0.00 | FA |
| 16  2005 Nissan Titan Retain/Current FMV  No value to estate | 8,475.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-21062  
**Case Name:** WILCOX, JOHN  
                WILCOX, TERESA  
**Period Ending:** 12/04/13

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 07/13/11 (f)  
**§341(a) Meeting Date:** 08/12/11  
**Claims Bar Date:** 05/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   2004 Chapparal 21 foot boat and trailer Surrende       No value to estate | 15,000.00 | 0.00 | | 0.00 | FA |
| 17   **Assets   Totals** (Excluding unknown values) | **$270,217.00** | **$5,110.02** | | **$2,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**     August 22, 2013          **Current Projected Date Of Final Report (TFR):**     December 4, 2013  (Actual)

Printed: 12/04/2013 03:28 PM     V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-21062 | **Trustee:** David A. Rosenberg, Trustee (480023) |
| **Case Name:** WILCOX, JOHN | **Bank Name:** The Bank of New York Mellon |
| WILCOX, TERESA | **Account:** 9200-******71-66 - Checking Account |
| **Taxpayer ID #:** **-***9220 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/04/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/12 | {2} | John Wilcox | Stipulated payment for raw land | 1110-000 | 2,000.00 | | 2,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,925.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,900.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,875.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,850.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,825.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,800.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,775.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,750.00 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002388 20121213 | 9999-000 | | 1,750.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,000.00 | 2,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,750.00 | |
| | | | **Subtotal** | | 2,000.00 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.00** | **$250.00** | |

{} Asset reference(s)

Printed: 12/04/2013 03:28 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-21062 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | WILCOX, JOHN | | Bank Name: | Rabobank, N.A. |
| | WILCOX, TERESA | | Account: | ****692566 - Checking Account |
| Taxpayer ID #: | **-***9220 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/04/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,750.00 | | 1,750.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,740.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,730.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,720.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,710.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,700.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,690.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,680.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,670.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,660.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,650.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,640.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,630.00 |
| | | | ACCOUNT TOTALS | | 1,750.00 | 120.00 | $1,630.00 |
| | | | Less: Bank Transfers | | 1,750.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 120.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $120.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******71-66 | 2,000.00 | 250.00 | 0.00 |
| Checking # ****692566 | 0.00 | 120.00 | 1,630.00 |
| | $2,000.00 | $370.00 | $1,630.00 |

{} Asset reference(s)                                                                                                  Printed: 12/04/2013 03:28 PM    V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 17, 2012

**Case Number:** 11-21062  
**Debtor Name:** WILCOX, JOHN

Page: 1

**Date:** December 4, 2013  
**Time:** 03:29:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $500.00 | $0.00 | 500.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $139.43 | $0.00 | 139.43 |
| 7<br>100 | BANK OF AMERICA<br>4161 PIEDMONT PARKWAY<br>GREENSBORO, NC 27401 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 1<br>610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $12,250.60 | $0.00 | 12,250.60 |
| 2<br>610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CITIBANK N.A.<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Unsecured | | $244.26 | $0.00 | 244.26 |
| 3<br>610 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272 | Unsecured | | $622.52 | $0.00 | 622.52 |
| 4<br>610 | WELLS FARGO CARD SERVICES<br>1 HOME CAMPUS<br>3RD FLOOR<br>DES MOINES, IA 50328 | Unsecured | | $13,695.20 | $0.00 | 13,695.20 |
| 5<br>610 | UMC HOSPITAL<br>C/O CREDIT BUREAU CENTRAL<br>PO BOX 29299<br>LAS VEGAS, NV 89126 | Unsecured | | $100.00 | $0.00 | 100.00 |
| 6<br>620 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | Tardy claim is subordinated to timely filed claims. | $356.23 | $0.00 | 356.23 |
| << Totals >> | | | | 27,908.24 | 0.00 | 27,908.24 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21062
Case Name: WILCOX, JOHN
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:** $ 1,630.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | BANK OF AMERICA | 20,241.36 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,630.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 500.00 | 0.00 | 500.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 139.43 | 0.00 | 139.43 |

Total to be paid for chapter 7 administration expenses: $ 639.43
Remaining balance: $ 990.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 990.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 990.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 26,912.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | CHASE BANK USA, N.A. | 12,250.60 | 0.00 | 450.91 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 244.26 | 0.00 | 8.99 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 622.52 | 0.00 | 22.91 |
| 4 | WELLS FARGO CARD SERVICES | 13,695.20 | 0.00 | 504.08 |
| 5 | UMC HOSPITAL | 100.00 | 0.00 | 3.68 |

Total to be paid for timely general unsecured claims:  $   990.57
Remaining balance:  $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 356.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | CAPITAL ONE, N.A. | 356.23 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**